SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

VLADIMIR GRIGOUS,
A# 70 583 407
    Petitioner

Docket No.

03 - 30302 - MAP

v.

JOHN ASHCROFT, Attorney
General of the United States and
TOM RIDGE, Secretary Department
of Homeland Security,
    Respondents

December 10, 2003

FILING FEE PAID:
RECEIPT # 305450
AMOUNT $ 5.00
BY DPTY CLK MCd.
DATE 12/11/03

## PETITION FOR HABEAS CORPUS

Petitioner is a citizen of the Ukraine. He was ordered deported from the United States *in absentia*. He now resides in West Springfield, Massachusetts. He brings this action under 28 U.S.C. Sec. 2241 to challenge that order. For the reasons stated in the accompanying Memorandum that order was invalid and must be reversed. In the interim, Respondent moves this court to stay his removal until his case can be heard and decided.

Susan DeGrave, Esq.
1242 Main Street
Springfield, Ma 01103
413/ 746-5911