UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

**VALDIMIR GRIGOUS,**
A# 70 583 407
     Petitioner

Docket No.

U.S. DISTRICT COURT
DISTRICT OF MASS

03-30302-MAP

v.

JOHN ASHCROFT, Attorney
General of the United States and
TOM RIDGE, Secretary Department
of Homeland Security,
     Respondents

December 10, 2003

## MEMORANDUM IN SUPPORT OF PETITION FOR HABEAS AND REQUEST FOR STAY

Petitioner is a citizen of the Ukraine. When he entered the United States he applied for political asylum. He failed to appear for a hearing before an immigration judge on August 26, 1998 and was ordered removed *in absentia*.

While living in Connecticut he filed a habeas petition with the federal court in that state. (Docket No. 3:02cv1440(CFD)).

Petitioner was not given oral notice in a language he could understand about the consequences for failure to appear. See INA Sec. 242B(e)(1).

The decision by the IJ and the affirmance of that order by the BIA on May 14, 2002 (Exhibit 1) violated the Respondent's own precedent decisions that such notice was required. **See** Matter of M-S, Interim Decision 3369 (BIA, 1998).

Because Petitioner's Motion to reopen met the standards set forth by 8 C.F.R. Sec. 3.2(b)(3) and 3.2(c) and there is a likelihood of success on the merits, Petitioner moves that his removal be stayed until the case can be heard and decided by the court.

*Susan DeGrave*
Susan DeGrave, Esq.
1245 Main Street
Springfield, Ma 01103

**U.S. Department of Justice**
**Executive Office for Immigration Review**

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

Date: MAY 14 2002

File: A70-583-407 - Boston

In re: GRIGOUS, VLADIMIR

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Moore, Michael G.

ORDER:

PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. See 8 C.F.R. § 3.1(a)(7).

_____
FOR THE BOARD