UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VLADIMIR GRIGOUS,

        Petitioner,

v.

JOHN ASHCROFT, ATTORNEY
GENERAL, UNITED STATES OF
AMERICA, et al.

        Respondents.

NO. 03cv30302-MAP

## MOTION TO DISMISS

The respondents, by their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, move to dismiss the petition because it duplicates a petition now pending in the United States District Court for the District of Connecticut. A memorandum of law accompanies this motion.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the petitioner's counsel on January 12, 2004, concerning this motion but was unable to resolve the issues.

WHEREFORE, the respondents respectfully request that the petition be dismissed.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

        KAREN L. GOODWIN
        ASSISTANT UNITED STATES ATTORNEY
        1550 Main Street
Dated: 1/15/04        Springfield, MA 01103
        413-785-0235

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, postage prepaid, on this 15th day of January, 2004, to:

       Susan DeGrave
       1242 Main Street
       Springfield, MA 01103

_____
Karen L. Goodwin
Assistant United States Attorney