AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF  MASSACHUSETTS

VLADIMIR GRIGOUS,
        Petitioner

**JUDGMENT IN A CIVIL CASE**

V.

JOHN ASHCROFT, ATTORNEY
GENERAL, UNITED STATES
OF AMERICA,
        Respondent

CASE NUMBER: 03-30302-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Respondent pursuant to the endorsed order of the Court entered this date granting the Respondent's unopposed motion to dismiss the petition.

TONY ANASTAS
Date

February 18, 2004
Clerk

_(signature)_
(By) Deputy Clerk